**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| Debra Hayes, | : |
| Plaintiff, | : Civil Action No.: 5:16-cv-00575-XR |
| v. | : |
| Primavera Primary Home Care, Inc.; Santa Maria Medical Group, Inc.; and La Gloria Health Services, Inc., | : |
| Defendants. | : |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Debra Hayes ("Plaintiff"), pursuant to Fed. R. Civ. P. 55(b)(2), moves this Court for a default judgment against Defendants Primavera Primary Home Care, Inc.; Santa Maria Medical Group, Inc.; and La Gloria Health Services, Inc. (the "Defendants"). In support of her motion, Plaintiff submits the accompanying Memorandum of Law and Declaration.

WHEREFORE, Plaintiff respectfully requests this Court (i) enter a default judgment in Plaintiff's favor and against Defendants; (ii) assess actual damages against Defendants for unpaid overtime compensation, and an additional equal amount as liquidated damages; and (iii) enter an award of reasonable attorney's fees, plus costs of the action, to be paid by Defendants pursuant to 29 U.S.C. § 216(b).

//

Dated: January 17, 2017.

                         Respectfully submitted,

                         PLAINTIFF, Debra Hayes

                         By */s/ Sergei Lemberg*
                         Sergei Lemberg, Esq.
                         LEMBERG LAW, L.L.C.
                         43 Danbury Road
                         Wilton, CT 06897
                         Telephone: (203) 653-2250
                         Facsimile:  (203) 653-3424
                         E-mail: slemberg@lemberglaw.com
                         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on January 17, 2017, a copy of the foregoing served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF), and that a copy was sent via First Class Mail, postage pre-paid, to the parties listed below:

Primavera Primary Home Care, Inc.
Santa Maria Medical Group, Inc
La Gloria Health Services, Inc.
107 South River Street
Seguin, Texas 78155

                                                    */s/ Sergei Lemberg*
                                                    Sergei Lemberg, Esq.