# EXHIBIT A

## Paystub 1 (partial, top)

**Debra Hayes**
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 06/01/14 to 06/15/14
Check Date: 06/30/14   Check #: 52804

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 371.71 | 4787.90 |
| NET PAY | 371.71 | 4787.90 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 55.00 | 8.0000 | 440.00 | 712.00 | 5696.00 |
| EARNINGS | 55.00 | | 440.00 | 712.00 | 5696.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 27.28 | 353.15 |
| Medicare | | 6.38 | 82.59 |
| Fed Income Tax | S 0 | 34.63 | 472.36 |
| TOTAL | | 68.29 | 908.10 |

FOLD AND REMOVE

---

## Paystub 2

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 06/01/14 to 06/15/14
Check Date: 06/30/14   Check #: 52805

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 345.35 | 5133.25 |
| NET PAY | 345.35 | 5133.25 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 51.00 | 8.0000 | 408.00 | 763.00 | 6104.00 |
| EARNINGS | 51.00 | | 408.00 | 763.00 | 6104.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.30 | 378.45 |
| Medicare | | 5.92 | 88.51 |
| Fed Income Tax | S 0 | 31.43 | 503.79 |
| TOTAL | | 62.65 | 970.75 |

FOLD AND REMOVE

---

## Paystub 3

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 06/16/14 to 06/30/14
Check Date: 07/15/14   Check #: 52877

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 378.31 | 5511.56 |
| NET PAY | 378.31 | 5511.56 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 56.00 | 8.0000 | 448.00 | 819.00 | 6552.00 |
| EARNINGS | 56.00 | | 448.00 | 819.00 | 6552.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 27.77 | 406.22 |
| Medicare | | 6.49 | 95.00 |
| Fed Income Tax | S 0 | 35.43 | 539.22 |
| TOTAL | | 69.69 | 1040.44 |

FOLD AND REMOVE

---

## Paystub 4

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 06/16/14 to 06/30/14
Check Date: 07/15/14   Check #: 52878

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 351.93 | 5863.49 |
| NET PAY | 351.93 | 5863.49 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 52.00 | 8.0000 | 416.00 | 871.00 | 6968.00 |
| EARNINGS | 52.00 | | 416.00 | 871.00 | 6968.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.80 | 432.02 |
| Medicare | | 6.04 | 101.04 |
| Fed Income Tax | S 0 | 32.23 | 571.45 |
| TOTAL | | 64.07 | 1104.51 |

**Debra Hayes**
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 12/01/14 to 12/15/14
Check Date: 12/31/14   Check #: 53659

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 378.31 | 13391.92 |
| NET PAY | 378.31 | 13391.92 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 56.00 | 8.0000 | 448.00 | 1984.00 | 15872.00 |
| EARNINGS | 56.00 | | 448.00 | 1984.00 | 15872.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 27.77 | 984.06 |
| Medicare | | 6.49 | 230.14 |
| Fed Income Tax | S 0 | 35.43 | 1265.88 |
| TOTAL | | 69.69 | 2480.08 |

---

NOV-16-2016 12:05PM   From:HEB#13   2105310628   To:12036533424   Page:9/9

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 12/01/14 to 12/15/14
Check Date: 12/31/14   Check #: 53660

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 351.93 | 13743.85 |
| NET PAY | 351.93 | 13743.85 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 52.00 | 8.0000 | 416.00 | 2036.00 | 16288.00 |
| EARNINGS | 52.00 | | 416.00 | 2036.00 | 16288.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.80 | 1009.86 |
| Medicare | | 6.04 | 236.18 |
| Fed Income Tax | S 0 | 32.23 | 1298.11 |
| TOTAL | | 64.07 | 2544.15 |

---

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 12/16/14 to 12/31/14
Check Date: 01/15/15   Check #: 53728

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 306.04 | 306.04 |
| NET PAY | 306.04 | 306.04 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 45.00 | 8.0000 | 360.00 | 45.00 | 360.00 |
| EARNINGS | 45.00 | | 360.00 | 45.00 | 360.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 22.32 | 22.32 |
| Medicare | | 5.22 | 5.22 |
| Fed Income Tax | S 0 | 26.42 | 26.42 |
| TOTAL | | 53.96 | 53.96 |

---

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 12/16/14 to 12/31/14
Check Date: 01/15/15   Check #: 53729

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 378.50 | 684.54 |
| NET PAY | 378.50 | 684.54 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 56.00 | 8.0000 | 448.00 | 101.00 | 808.00 |
| EARNINGS | 56.00 | | 448.00 | 101.00 | 808.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 27.78 | 50.10 |
| Medicare | | 6.50 | 11.72 |
| Fed Income Tax | S 0 | 35.22 | 61.64 |
| TOTAL | | 69.50 | 123.46 |

FOLD AND REMOVE

## Paystub 1

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 01/16/15 to 01/31/15
Check Date: 02/15/15   Check #: 53866

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 48.50 | 8.0000 | 388.00 | 201.00 | 1608.00 |
| EARNINGS | 48.50 | | 388.00 | 201.00 | 1608.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 24.06 | 99.70 |
| Medicare | | 5.63 | 23.32 |
| Fed Income Tax | S 0 | 29.22 | 117.68 |
| TOTAL | | 58.91 | 240.70 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 329.09 | 1367.30 |
| NET PAY | 329.09 | 1367.30 |

FOLD AND REMOVE

## Paystub 2

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 01/16/15 to 01/31/15
Check Date: 02/15/15   Check #: 53867

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 51.00 | 8.0000 | 408.00 | 252.00 | 2016.0 |
| EARNINGS | 51.00 | | 408.00 | 252.00 | 2016.0 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.29 | 124.9 |
| Medicare | | 5.91 | 29.2 |
| Fed Income Tax | S 0 | 31.22 | 148.9 |
| TOTAL | | 62.42 | 303. |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 345.58 | 1712.88 |
| NET PAY | 345.58 | 1712.88 |

FOLD AND REMOVE

## Paystub 3

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 03/01/15 to 03/15/15
Check Date: 03/31/15   Check #: 54077

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 45.00 | 8.0000 | 360.00 | 432.00 | 3456.00 |
| EARNINGS | 45.00 | | 360.00 | 432.00 | 3456.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 22.32 | 214.27 |
| Medicare | | 5.22 | 50.11 |
| Fed Income Tax | S 0 | 26.42 | 254.58 |
| TOTAL | | 53.96 | 518.96 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 306.04 | 2937.04 |

FOLD AND REMOVE

## Paystub 4

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 03/01/15 to 03/15/15
Check Date: 03/31/15   Check #: 54078

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 51.00 | 8.0000 | 408.00 | 483.00 | 3864.00 |
| EARNINGS | 51.00 | | 408.00 | 483.00 | 3864.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 25.30 | 239.57 |
| Medicare | | 5.92 | 56.03 |
| Fed Income Tax | S 0 | 31.22 | 285.80 |
| TOTAL | | 62.44 | 581.40 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 345.56 | 3282.60 |
| NET PAY | 345.56 | 3282.60 |

FOLD AND REMOVE

## Pay Stub 1

**PERSONAL AND CHECK INFORMATION**

Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 09/16/15 to 09/30/15
Check Date: 10/15/15   Check #: 55221

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 497.69 | 11003.28 |
| NET PAY | 497.69 | 11003.28 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 75.00 | 8.0000 | 600.00 | 1625.25 | 13002.00 |
| EARNINGS | 75.00 | | 600.00 | 1625.25 | 13002.00 |
| TOTAL HOURS WORKED | 75.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.20 | 806.12 |
| Medicare | | 8.70 | 188.53 |
| Fed Income Tax | S 0 | 56.41 | 1004.07 |
| TOTAL | | 102.31 | 1998.72 |

NET PAY   THIS PERIOD ($) 497.69   YTD ($) 11003.28

Payrolls by Paychex, Inc.

0071 1803-4310 Primavera Primary Home Care In · PO Box 23067 · San Antonio TX 78223 · (210) 323-1365

---

## Pay Stub 2

**PERSONAL AND CHECK INFORMATION**

Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 09/16/15 to 09/30/15
Check Date: 10/15/15   Check #: 55222

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 306.04 | 11309.32 |
| NET PAY | 306.04 | 11309.32 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 45.00 | 8.0000 | 360.00 | 1670.25 | 13362.00 |
| EARNINGS | 45.00 | | 360.00 | 1670.25 | 13362.00 |
| TOTAL HOURS WORKED | 45.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 22.32 | 828.44 |
| Medicare | | 5.22 | 193.75 |
| Fed Income Tax | S 0 | 26.42 | 1030.49 |
| TOTAL | | 53.96 | 2052.68 |

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 10/01/15 to 10/15/15
Check Date: 10/30/15   Check #: 55316

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 497.69 | 11807.01 |
| NET PAY | 497.69 | 11807.01 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 75.00 | 8.0000 | 600.00 | 1745.25 | 13962.00 |
| | EARNINGS | 75.00 | | 600.00 | 1745.25 | 13962.00 |
| | TOTAL HOURS WORKED | 75.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 37.20 | | 865.64 |
| | Medicare | | | 8.70 | | 202.45 |
| | Fed Income Tax | S 0 | | 56.41 | | 1086.90 |
| | TOTAL | | | 102.31 | | 2154.99 |

---

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 10/01/15 to 10/15/15
Check Date: 10/30/15   Check #: 55317

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 306.04 | 12113.05 |
| NET PAY | 306.04 | 12113.05 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 45.00 | 8.0000 | 360.00 | 1790.25 | 14322.00 |
| | EARNINGS | 45.00 | | 360.00 | 1790.25 | 14322.00 |
| | TOTAL HOURS WORKED | 45.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 22.32 | 887.96 |
| | Medicare | | 5.22 | 207.67 |
| | Fed Income Tax | S 0 | 26.42 | 1113.32 |
| | TOTAL | | 53.96 | 2208.95 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 309.33 | 4980.79 |

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 12/16/15 to 12/31/15
Check Date: 01/15/16   Check #: 55806

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 528.43 | 528.43 |
| NET PAY | 528.43 | 528.43 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 8.0000 | 640.00 | 80.00 | 640.00 |
| Gross Earnings | | | 640.00 | | 640.00 |
| TOTAL HOURS WORKED | 80.00 | | | 80.00 | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 39.68 | 39.68 |
| Medicare | | 9.28 | 9.28 |
| Fed Income Tax | S 0 | 62.61 | 62.61 |
| TOTAL | | 111.57 | 111.57 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 528.43 | 528.43 |

Payrolls by Paychex, Inc.
0071 1803-4310   Primavera Primary Home Care In • PO Box 23067 • San Antonio TX 78223 • (210) 323-1365

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 12/16/15 to 12/31/15
Check Date: 01/15/16   Check #: 55807

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 485.11 | 1013.54 |
| NET PAY | 485.11 | 1013.54 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 73.00 | 8.0000 | 584.00 | 153.00 | 1224.00 |
| Gross Earnings | 73.00 | | 584.00 | 153.00 | 1224.00 |
| TOTAL HOURS WORKED | 73.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 36.21 | 75.89 |
| Medicare | | 8.47 | 17.75 |
| Fed Income Tax | S 0 | 54.21 | 116.82 |
| TOTAL | | 98.89 | 210.46 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 485.11 | 1013.54 |

Payrolls by Paychex, Inc.

0071 1803-4310   Primavera Primary Home Care In • PO Box 23067 • San Antonio TX 78223 • (210) 323-1365

**PERSONAL AND CHECK INFORMATION**
Debra Hayes
10006 Moon Grove Pass.
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 01/01/16 to 01/15/16
Check Date: 01/31/16   Check #: 55902

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 497.49 | 1511.03 |
| NET PAY | 497.49 | 1511.03 |

FOLD AND REMOVE

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 75.00 | 8.0000 | 600.00 | 228.00 | 1824.00 |
| Gross Earnings | 75.00 | | 600.00 | 228.00 | 1824.00 |
| TOTAL HOURS WORKED | 75.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.20 | 113.09 |
| Medicare | | 8.70 | 26.45 |
| Fed Income Tax | S 0 | 56.61 | 173.43 |
| TOTAL | | 102.51 | 312.97 |

FOLD AND REMOVE

FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx   Employee ID: 28
Home Department: 4 Superior U7 US

Pay Period: 01/01/16 to 01/15/16
Check Date: 01/31/16   Check #: 55903

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 447.99 | 1959.02 |
| NET PAY | 447.99 | 1959.82 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 67.00 | 8.0000 | 536.00 | 295.00 | 2360.00 |
| Gross Earnings | 67.00 | | 536.00 | 295.00 | 2360.00 |
| TOTAL HOURS WORKED | 67.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 33.23 | 146.32 |
| Medicare | | 7.77 | 34.22 |
| Fed Income Tax | S 0 | 47.01 | 220.44 |
| TOTAL | | 88.01 | 400.98 |

FOLD AND REMOVE



**PERSONAL AND CHECK INFORMATION**

Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx    Employee ID: 28
Home Department: 4 Superior U7 U5

Pay Period: 01/16/16 to 01/31/16
Check Date: 02/15/16    Check #: 50000

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 317.73 | 2825.18 |
| NET PAY | 337.73 | 2825.18 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 71.00 | 8.0000 | 568.00 | 446.00 | 3568.00 |
| Total Hours | 71.00 | | | 446.00 | |
| Gross Earnings | | | 568.00 | | 3568.00 |
| Total Hrs Worked | 71.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 35.22 | 221.22 |
| Medicare | | 8.24 | 51.74 |
| Fed Income Tax | S 0 | 51.81 | 334.86 |
| TOTAL | | 95.27 | 607.82 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| POP EE Post Tax | 135.00 | 135.00 |
| TOTAL | 135.00 | 135.00 |



### PERSONAL AND CHECK INFORMATION

Debra Hayes
10006 Moon Grove Pass
San Antonio, TX 78239

Soc Sec #: xxx-xx-xxxx  Employee ID: 29
Home Department: 4 Superior U7 US

Pay Period: 01/25/16 to 01/31/16
Check Date: 02/05/16  Check #: 56097

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 316.06 | 3246.21 |
| NET PAY | 316.06 | 3246.21 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 67.50 | 8.0000 | 540.00 | 548.50 | 4392.00 |
| Total Hours | 67.50 | | | 548.50 | |
| Gross Earnings | | | 540.00 | | 4388.00 |
| Total Hrs Worked | 67.50 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 33.48 | 272.56 |
| Medicare | | 7.83 | 63.63 |
| Fed Income Tax | S 0 | 47.61 | 401.10 |
| TOTAL | | 88.92 | 798.79 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| POP EE Post Tax | 135.00 | 405.00 |
| TOTAL | 135.00 | 405.00 |