UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Debra Hayes,<br><br>               Plaintiff,<br>v.<br><br>Primavera Primary Home Care, Inc.; Santa Maria Medical Group, Inc; and La Gloria Health Services, Inc.,<br><br>               Defendants. | Civil Action No.: 5:16-cv-00575-XR |

**DECLARATION OF DEBRA HAYES IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Debra Hayes, hereby declare as follows:

1. I was hired by Defendants Primary Home Care, Inc., Santa Maria Medical Group, Inc., and La Gloria Health Services, Inc. ("Defendants") in late 2012. I worked for Defendants for a period of over four (4) years.

2. I entered into an employment contract with Defendants.

3. During the course of my employment I served as a "caregiver" and/or "provider."

4. While working as a caregiver or provider, Defendants set my schedule.

5. Throughout the course of over four (4) years of employment, I worked over forty (40) hours per week and a minimum of one-hundred (100) hours per two-week pay period.

6. While working for Defendants, I did not have any managerial duties, I did not have authority to fire or fire other employees, and I did not supervise employees.

7. While employed by Defendants I received an hourly wage of $8.00 for the entirety of my employment.

8. The majority of my work was spent taking care of clients. This involved addressing a variety of my clients' needs, including: bathing and dressing clients, preparing food, cleaning, shopping, taking clients to appointments, assisting with mail, and ensuring clients' bills were paid.

9. I never received overtime compensation for any weeks worked in excess of forty (40) hours throughout the course of my employment by Defendants. Instead, I received my normal hourly wage.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed this 16th day of January, 2017, at San Antonio, Texas.

*Deborah Hayes* (signature)
Debra Hayes