UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Debra Hayes,<br><br>    Plaintiff,<br>v.<br><br>Primavera Primary Home Care, Inc.; Santa Maria Medical Group, Inc; and La Gloria Health Services, Inc.,<br><br>    Defendants. | Civil Action No.: 5:16-cv-00575-XR |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Default Judgment and submissions in support, it is hereby:

ORDERED that judgment shall be entered against Defendants Primavera Primary Home Care, Inc.; Santa Maria Medical Group, Inc.; and La Gloria Health Services, Inc. ("Defendants") for violation of the Fair Labor Standards Act;

ORDERED that Defendants pay compensatory and liquidated damages in the amount of $9,888.00 pursuant to 29 U.S.C. § 216(b); and

ORDERED that Defendants pay Plaintiff's reasonable attorney's fees and costs pursuant to 29 U.S.C. § 216(b), application to be made within a month of this Order.

**IT IS SO ORDERED.**


Dated: _____                                              _____

                                                                                    Hon. Xavier Rodriguez